UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES IVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HERTZ LOCAL EDITION CORP., et al.,<br><br>　　　　Defendants. | Case No.  13-cv-02126-WHO<br><br>**ORDER OF DISMISSAL**<br><br>Re: Dkt. No. 25 |

Pursuant to notice of voluntary dismissal, **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: January 28, 2014



WILLIAM H. ORRICK
United States District Judge